IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No. CR417-208 |
| | ) | |
| SHAUNTE STAFFORD, | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No. CR417-229 |
| | ) | |
| JAMAL HENDERSON, | ) | |
| | ) | |
| Defendant. | ) | |

U. S. DISTRICT COURT
Southern District of GA
Filed In Office

10/20 20__  M
Deputy Clerk

### ORDER

Lynne M. Fleming, counsel of record for defendants in the above-styled cases, has moved for leave of absence. The Court is mindful that personal and professional obligations require the absence of counsel on occasion. The Court, however, cannot accommodate its schedule to the thousands of attorneys who practice within the Southern District of Georgia.

Counsel may be absent at the times requested. However, nothing shall prevent these cases from going forward; all discovery shall

proceed, status conferences, pretrial conferences, and trial shall not be interrupted or delayed. It is the affirmative obligation of counsel to provide a fitting substitute.

SO ORDERED this 20th day of October 2017.

_____
HONORABLE WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA